Argued and submitted July 6, reversed August 12, 1992

Joyce A. SHOOK,
*Respondent,*

*v.*

Michael VONDER HAAR,
*Appellant,*

*and*

Jane Doe VONDER HAAR,
*Defendant.*

(90-2029; CA A69474)

834 P2d 552

Dale Crandall, Salem, argued the cause and filed the reply brief for appellant. On the opening brief were Stephen F. Cook, Richard G. Matson, Lisa E. Lear and Bullivant, Houser, Bailey, Pendergrass & Hoffman, Portland.

Marilyn M. Wall, Portland, argued the cause for respondent. With her on the brief was Wall & Wall, P.C., Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed. *Kintigh v. Elliott*, 280 Or 265, 570 P2d 659 (1977).